1:23-cr-00197
Judge Sharon Johnson Coleman
Magistrate Judge Maria Valdez

**FILED**

APR 04 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 4 2023

UNITED STATES OF AMERICA

v.

JAIME SANDOVAL

Case No.

Violation: Title 18, United States Code,
Section 922(o)

**UNDER SEAL**

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

On or about January 5, 2023, at Chicago, in the Northern District of Illinois,
Eastern Division,

JAIME SANDOVAL,

defendant herein, did knowingly transfer a machinegun, as defined in Title 26,
United States Code, Section 5845(b), namely three Glock Conversion Devices, a part
designed solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY